**LaMonica Herbst & Maniscalco, LLP**  
3305 Jerusalem Avenue, Suite 201  
Wantagh, New York 11793  
Jacqulyn S. Loftin, Esq.  
Nina Proctor, Esq.  
*Attorneys for Salvatore LaMonica, Chapter 7 Trustee*

Hearing Date: November 15, 2023 at 10:00 a.m.  
Objection Deadline: November 8, 2023

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------x  
In re:

BUYK CORP.,

              Debtor.

Chapter 7  
Case No. 22-10328 (MEW)

-----------------------------------------------------------------x  
BUYK CORP.,

             Plaintiff,

  -against-

FOOD START INC.,

             Defendant.

Adv. Pro. No. 22-01165 (MEW)

-----------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION OF CHAPTER 7 TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER FOR DEFAULT JUDGMENT AND DEFAULT JUDGMENT AGAINST DEFENDANT FOOD START INC.

**TO THE HONORABLE MICHAEL E. WILES,  
UNITED STATES BANKRUPTCY JUDGE:**

JACQULYN S. LOFTIN, ESQ. hereby represents as follows:

1. This firm is counsel to Salvatore LaMonica, solely in his capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Buyk Corp. ("Debtor"), pending in the United States Bankruptcy Court, Southern District of New York ("Court").

2. On October 26, 2023, the Trustee, through counsel, filed a Notice of Hearing ("Notice") and Chapter 7 Trustee's Motion for the Entry of an Order for Default Judgment and Default Judgment against Defendant Food Start Inc. ("Motion")[1]. See Adv. Proc. Doc. No. 14.

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Motion.

1

3. On September 29, 2023, the Notice and Motion with its exhibit were served on all parties required to receive notice in accordance with Bankruptcy Rule 2002(h)(1), with the affidavit of service filed with the Court. See Adv. Proc. Doc. No. 16.

4. The Notice provides that a hearing on the Motion will be held on November 15, 2023 at 10:00 a.m. ("Hearing"), and that any objections to the Motion must be filed on or before November 8, 2023 by 5:00 p.m. ("Objection Deadline"). See Adv. Proc. Doc. No. 14. The Notice further provides that if no objections are received by the Objection Deadline, the Court may enter the Order, substantially in the form annexed to the Motion, without a hearing. See id.

5. No objections or other responsive pleadings to the Motion were filed on the Court's docket or received by the undersigned.

6. I reviewed the Court's docket not less than forty-eight (48) hours after the expiration of the Objection Deadline and no response or other responsive pleading appears thereon.

7. This certificate of no objection is filed in accordance with Local Rule 9075-2.

**WHEREFORE**, the Trustee respectfully requests that the relief sought in the Motion be granted by entering the Proposed Order, substantially in the form annexed hereto, and that the Hearing be marked off the Court's calendar.

Dated: November 13, 2023
Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**
Attorneys for Salvatore LaMonica, Chapter 7 Trustee

By:   *s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin, Esq.
Nina Proctor, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500